In the matter of ALFRED B. COSEY.

[Argued November 16th, 1915. Decided March 6th, 1916.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported in *84 N. J. Eq. 343*.

*Mr. Nelson B. Gaskill,* for the motion.

*Mr. Thomas S. Henry,* opposed.

PER CURIAM.

The motion to dismiss the appeal is denied for reasons which sufficiently appear in the opinion filed in the matter of Hahn *ante p. 510*.